UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES CARMICHAEL,

    Plaintiff,

v.                                              Case No. 2:20-cv-274-JLB-NPM

THE SCHOOL BOARD OF LEE COUNTY,
FLORIDA,

    Defendant.

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 30.) The stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on September 23, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE